```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


JASPER GORHAM,                   )
                                 )
     Plaintiff,                  )
                                 )
     v.                          )    1:05CV00607
                                 )
JOHN E. POTTER,                  )
Postmaster General,              )
United States Postal Services,   )
                                 )
     Defendant.                  )
```

<u>ORDER</u>

OSTEEN, District Judge

In this Standing Order 30 proceeding, the Magistrate Judge has recommended that Defendant's Motion for Summary Judgment be granted and that all of Plaintiff's claims be dismissed with prejudice. Plaintiff filed a timely objection to the Recommendation. Defendant filed a response to Plaintiff's objection.

This court has conducted a review of the file and has determined that the Recommendation of the Magistrate Judge is appropriate and should be adopted.

For the reasons set forth in the Magistrate Judge's Recommendation of December 18, 2007,

IT IS ORDERED that Defendant's Motion for Summary Judgment (Doc. No. 25) is GRANTED and that all of Plaintiff's claims are dismissed with prejudice.

This the 22nd day of January 2008.

_____
United States District Judge