IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JASPER GORHAM,                  )
                                )
     Plaintiff,                 )
                                )
     v.                         )     1:05CV00607
                                )
JOHN E. POTTER,                 )
Postmaster General,             )
United States Postal Services,  )
                                )
     Defendant.                 )

AMENDED ORDER

OSTEEN, District Judge

In this Standing Order 30 proceeding, the Magistrate Judge has recommended that Defendant's Motion for Summary Judgment be granted and that all of Plaintiff's claims be dismissed with prejudice. Plaintiff filed a timely objection to the Recommendation. Defendant filed a response to Plaintiff's objection.

This court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.[1]

---

[1] This order is amended solely for the purpose of specifying the standard of review applied by this court. In all other
(continued...)

For the reasons set forth in the Magistrate Judge's Recommendation of December 18, 2007,

IT IS ORDERED that Defendant's Motion for Summary Judgment (Doc. No. 25) is GRANTED and that all of Plaintiff's claims are dismissed with prejudice.

This the 28th day of January 2008.

/s/ William L. Osteen, Jr.
United States District Judge

---

[1](...continued)
respects, the order and judgment remain the same.