IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JASPER GORHAM,                  )
                                )
    Plaintiff,                  )
                                )
    v.                          )    1:05CV00607
                                )
JOHN E. POTTER,                 )
Postmaster General,             )
United States Postal Services,  )
                                )
    Defendant.                  )

JUDGMENT

OSTEEN, District Judge

For the reasons set forth in the order entered contemporaneously with this judgment,

IT IS ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment (Doc. No. 25) is GRANTED and that all of Plaintiff's claims are dismissed with prejudice.

This the 28th day of January 2008.

                                          */s/ William L. Osteen, Jr.*
                                          United States District Judge